**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 26, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

————————

## NO. 14-10-01267-CV

————————

**SUNNY ORIEH, Appellant**

**V.**

**CITI PROP HOLDING, INC. f/k/a LIQUIDATION PROPERTIES, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 971,412**

---

## M E M O R A N D U M   O P I N I O N

Sunny Orieh filed a notice of appeal from an agreed judgment in a forcible detainer action against Belinda Mangram and all other occupants, signed November 29, 2010. On January 20, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.